UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES MEDINA-RODRIGUEZ
#957537,

       Plaintiff,

                                               Hon. Phillip J. Green

v.

                                               Case No. 1:22-cv-00471

UNKNOWN FRANK, et al.,

       Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued on today's date, judgment is entered in favor of Defendant Frank and against Plaintiff.

Date: March 31, 2025

                                       /s/ Phillip J. Green
                                        PHILLIP J. GREEN
                                        United States Magistrate Judge